UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FELIPE DE JESUS MENDOZA,

Plaintiff,

v.

M. GARCIA-COTA, et al.,

Defendants.

No. 1:25-cv-02042-KES-SAB (PC)

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED

(ECF No. 14)

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On June 3, 2026, the Court screened Plaintiff's complaint, found he stated a cognizable excessive force claim against Defendants M. Garcia-Cota and Krahn, and granted Plaintiff leave to file an amended complaint or notify the Court of intent to proceed only on the excessive force claim. (ECF No. 14.) Plaintiff has failed to file an amended complaint or notify to proceed and the time to do so has passed.[1] Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to comply with a court order. Plaintiff's failure to comply with this order

[1] The Court notes that on June 22, 206, the order was returned to the Court with a notation that Plaintiff was no longer located at the facility; however, service at the address of record is fully effective. Local Rule 182 (f) (absent notice of change of address service of documents at the prior address of the attorney or pro se party shall be fully effective).

will result in a recommendation to dismiss the action for failure to comply with a court order.

IT IS SO ORDERED.

Dated: **July 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge