# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FELIPE DE JESUS MENDOZA,

Plaintiff,

v.

M. GARCIA-COTA, et al.,

Defendants.

Case No. 1:25-cv-02042-KES-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION

Plaintiff Felipe De Jesus Mendoza, who is proceeding pro se and in forma pauperis, commenced this action on November 21, 2025. (Doc. 1.) On August 17, 2026, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, for Plaintiff's failure to obey court orders and failure to prosecute this action. (Doc. 16.) The findings and recommendations gave Plaintiff fourteen days to file any objections and noted that any "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's [judge's] factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) That deadline has passed, and Plaintiff failed to file any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case. Having carefully reviewed the file, the court finds the findings and

recommendations to be supported by the record and by proper analysis.

Accordingly, the Court orders:

1. The findings and recommendations (Doc. 16) filed August 17, 2026, are ADOPTED in full.

2. This matter is DISMISSED, without prejudice, for Plaintiff's failure to obey court orders and failure to prosecute this action.

IT IS SO ORDERED.

Dated: September 26, 2026

UNITED STATES DISTRICT JUDGE